UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta
OCT 7 2014
JAMES N. HATTEN, Clerk
By: Deputy Clerk

SOUND COMMUNITY BANK on behalf of itself and all others similarly situated

    Plaintiff,

v.

THE HOME DEPOT, INC.

    Defendant.

CIVIL ACTION NO.
1:14-CV-3148-ODE

ORDER

As Senior Judge of the Northern District of Georgia, the assignment of this case is DECLINED.

The case is hereby returned to the Clerk for reassignment.

SO ORDERED, this ___7___ day of October, 2014.

ORINDA D. EVANS
SENIOR UNITED STATES DISTRICT JUDGE